AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Teknor Apex Company
V.
Passport Carpets, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 194 T

TO: (Name and address of Defendant)

Passport Carpets, Inc.
2301 US HWY. 41 S
CALHOUN GA 30701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Emanuel (5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6410
Email: demanuel@crfllp.com

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 5/25/07

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE May 29, 2007 11:23AM EST |
|---|---|
| NAME OF SERVER *(PRINT)* C. F. Crumbaugh | TITLE Owner Private Investigator GA |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the third-party defendant. Place where served: Jeff Chilton, President, 2301 US Hwy. 41 S, Calhoun, GA 30701

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

[ ] Returned unexecuted: __________

[ ] Other (specify): __________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $90.00 | TOTAL $90.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 29, 2007 11:23AM
Date

[signature]
Signature of Server

74 McAfee Road, Rossville, GA 30741
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.