**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TEKNOR APEX COMPANY
Plaintiff

VS. C.A. No. 07-194T

PASSPORT CARPETS, INC.
Defendant

**STIPULATION EXTENDING TIME WITHIN WHICH DEFENDANT MUST FILE ITS ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

To the Clerk of the above-named Court:

It is hereby stipulated and agreed by and between Plaintiff, Teknor Apex Company, and Defendant, Passport Carpets, Inc., that the time within which Defendant must file its Answer or otherwise respond to the Complaint in this action be and hereby is extended through and including Wednesday, July 18, 2007.

TEKNOR APEX COMPANY
By its Attorney,

s/ Douglas J. Emanuel

Douglas J. Emanuel, Esq. #5176
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
(401) 453-6400
(401) 453-6411 (fax)

PASSPORT CARPETS, INC.
By its Attorney,

s/ Douglas H. Smith

Douglas H. Smith, Esq. #2219
140 Reservoir Avenue
Providence, RI 02907
(401) 467-3590
(401) 467-5111 (fax)

Dated: June 19, 2007

DW/TEKNOR