**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TEKNOR APEX COMPANY
Plaintiff

VS. C.A. No. 07-194T

PASSPORT CARPETS, INC.
Defendant

**STIPULATION EXTENDING TIME WITHIN WHICH DEFENDANT MUST FILE ITS ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

To the Clerk of the above-named Court:

It is hereby stipulated and agreed by and between Plaintiff, Teknor Apex Company, and Defendant, Passport Carpets, Inc., that the time within which Defendant must file its Answer or otherwise respond to the Complaint in this action be and hereby is extended through and including Wednesday, August 1, 2007.

TEKNOR APEX COMPANY
By its Attorney,

/s/
Douglas J. Emanuel, Esq.
One Park Row
Providence, RI 02903
(401) 453-6400
(401) 453-6411 (fax)

PASSPORT CARPETS, INC.
By its Attorney,

/s/
Douglas H. Smith, Esq. #2219
140 Reservoir Aenue
Providence, RI 02907
(401) 467-3590
(401) 467-5111 (fax)

Dated: July 17, 2007

DW/TEKNOR2