***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

TEKNOR APEX COMPANY
Plaintiff

VS. Civil Action No. 07-194-T

PASSPORT CARPETS, INC.
Defendant

***STIPULATION EXTENDING TIME WITHIN WHICH DEFENDANT MUST FILE ITS ANSWER OR OTHERWISE RESPOND TO COMPLAINT***

In the above-entitled action, the parties agree that the following entry may be made:

The time within which the defendant, Passport Carpets, Inc., must answer or otherwise respond to the Complaint in this action shall be extended through and including Friday, August 10, 2007.

TEKNOR APEX COMPANY
By its Attorney,

s/ Douglas J. Emanuel

Douglas J. Emanuel, Esq. #5176
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row , Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

PASSPORT CARPETS, INC.
By its Attorney,

s/ Douglas H. Smith

Douglas H. Smith, Esq. #2219
140 Reservoir Avenue
Providence, RI 02907
Tel.: (401) 467-3590
Fax: (401) 467-5111
Email: lodhs5113@cox.net

Dated: July 31, 2007

SO ORDERED:

______________________________
The Honorable Ernest C. Torres, U.S.D.J.
Dated: