**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEKNOR APEX COMPANY
Plaintiff

v. C.A. No. 07-194T

PASSPORT CARPETS, INC.
Defendant and Third-Party Plaintiff

v.

PETER LARKIN, ET AL
Third-Party Defendants

**ORDER DENYING THIRD-PARTY PLAINTIFF'S MOTION TO CONTINUE THIRD-PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Third-Party Plaintiff Passport Carpets, Inc. has moved to continue Defendant Peter Larkin's motion for summary judgment. This motion is denied as moot because Mr. Larkin's motion was denied without prejudice on September 25, 2007.

IT IS SO ORDERED:

Ernest C. Torres
Sr. U.S. District Judge
Date: 9/26/07