***UNITED STATES DISTRICT COURT***
***DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| TEKNOR APEX COMPANY | : | |
| | : | |
| -V- | : | |
| | : | |
| PASSPORT CARPETS INC. | : | Civil Action No. 2007-194-T |
| | : | |
| -V- | : | |
| | : | |
| PETER LARKIN, et al. | : | |

***PRETRIAL CONFERENCE STATEMENT FOR***
***PLAINTIFF TEKNOR APEX COMPANY***

Plaintiff Teknor Apex Company ("Teknor")[1] hereby submits the following as its Pretrial Conference Statement, pursuant to this Court's Notice dated October 1, 2007.

## *I. FACTS*

As alleged in the Verified Complaint, Teknor sold a portion of its rubber matting business to defendant Passport Carpets, Inc. ("Passport") as of August 3, 2006. *Verified Complaint,* ¶ 6. As a means of financing its purchase of this business, Passport made a promissory note, dated September 15, 2006, and payable to Teknor, in the amount of Four Hundred Ninety Thousand Seven Hundred Eighty-Six Dollars ($490,786.00) (the "Note"). *Verified Complaint,* ¶ 12. Passport was to pay the amounts due under the Note in four equal installments of One Hundred Twenty-Two Thousand Six Hundred Ninety-Six Dollars and Fifty Cents ($122,696.50), on each of November 15 and December 15, 2006, and January 15 and February 15, 2007. *Verified Complaint,* ¶ 14-15. Passport made only the November 15 installment payment. *Verified Complaint,* ¶ 16.

[1] Counsel for Teknor is also counsel to third-party defendant Peter Larkin. As Mr. Larkin is not asserting a claim, Mr. Larkin is exempt from filing a Pretrial Conference Statement.

In addition to the payments due under the Note, Passport obligated itself to making royalty payments to Teknor in connection with Passport's purchase of this business. Section 3.2.2 of the Asset Purchase Agreement required Passport to pay Teknor royalty payments "on the last day of the month following the close of each calendar quarter," and was to be accompanied by a "certificate signed by the President of Purchaser setting forth the basis on which the royalties were calculated." *Asset Purchase Agreement,* § 3.2.2; *Verified Complaint,* ¶ 8. The royalty paid by Passport to Teknor was to be calculated at 4% of Passport's "Net Sales to Active Customers" (as those terms are defined therein) for a period of two years following the closing date of the Asset Purchase Agreement. *Verified Complaint,* ¶ 9. Passport provided the certificate for the period of January 1 – March 31, 2007 (1st quarter, 2007), but not the royalty for that quarter, *Verified Complaint,* ¶ 10-11, or beyond.

## *II. ELEMENTS OF CLAIMS TO BE PROVEN*

**Count I** seeks damages against Passport for breaching its contractual obligation to pay quarterly royalties to Teknor. **Count II** seeks damages against Passport for breaching its contractual obligation to pay the Note as agreed.

"A party establishes a breach of contract claim when that party demonstrates a 'violation of a contractual obligation, either by failing to perform one's promise or by interfering with another party's performance.'" *Demicco v. Medical Associates of Rhode Island, Inc., et al.,* 2000 WL 1146532 at *2 (D.R.I. July 31, 2000) (citing Black's Law Dictionary 182 (7th ed. 1999)).

Passport has *admitted* the making of the Note and that it has made only the first installment payment. *Answer*, ¶ 10 (suggesting the Note "speaks for itself"); ¶ 12 (admitting the lack of payment). Thus, there is little left for Teknor to prove on this claim.

Passport denies the allegation of its failure to make the royalty payments, and as such Teknor intends to prove that at trial.

TEKNOR APEX COMPANY
By its attorneys,

/s/ Douglas J. Emanuel

Douglas J. Emanuel, Esq. (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

Dated: October 22, 2007

***CERTIFICATE OF SERVICE***

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 22, 2007.

/s/ Douglas J. Emanuel