***UNITED STATES DISTRICT COURT***
***DISTRICT OF RHODE ISLAND***

TEKNOR APEX COMPANY

-V-

PASSPORT CARPETS INC. Civil Action No. 07-194-T

-V-

PETER LARKIN, et al.

***TEKNOR APEX COMPANY'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES***

The plaintiff, Teknor Apex Company ("Teknor"), hereby moves this Court for an Order compelling the defendant, Passport Carpets, Inc. ("Passport"), to answer the interrogatories propounded upon it by Teknor on or about August 29, 2007 (the "Interrogatories").

A copy of the Interrogatories is attached as Exhibit A.

In support of this motion,[1] Teknor states that more than thirty (30) days have elapsed since the Interrogatories were served upon Passport, and Passport has not served its answers thereto. (Passport has, however, initiated its own discovery, instead of answering discovery served upon it two months ago.)

[1] This motion is exempt from the Court's rules requiring a separate memorandum in support of the motion. L.R. Cv 7(a).

WHEREFORE, Teknor requests that its motion be granted, and that Passport be ordered to provide its answers to the Interrogatories within twenty (20) days of the date of the Court's action on this motion.

TEKNOR APEX COMPANY
By its attorneys,

/s/ Douglas J. Emanuel

Douglas J. Emanuel, Esq. (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

Dated: November 1, 2007

***CERTIFICATE OF GOOD FAITH COMPLIANCE***

I hereby certify that I have, in good faith, conferred or attempted to confer with counsel for the party having failed to make the discovery in an effort to secure or obtain the information without court action.

/s/ Douglas J. Emanuel

***CERTIFICATE OF SERVICE***

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 1, 2007.

/s/ Douglas J. Emanuel