***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

TEKNOR APEX COMPANY

v.

PASSPORT CARPETS, INC. Civil Action No. 07-194-T

v.

PETER LARKIN, et al.

***STIPULATION***

In the above-entitled matter, the parties agree that the following entry may be made:

The time within which the plaintiff, Teknor Apex Company, may answer or otherwise respond to the interrogatories directed to it by defendant Passport Carpets, Inc., is hereby extended through and including Thursday, December 6, 2007.

TEKNOR APEX COMPANY
By its attorneys,

Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

PASSPORT CARPETS, INC.
By its attorneys,

Douglas H. Smith (2219)
140 Reservoir Avenue
Providence, RI 02907
Tel.: (401) 467-3590
Fax: (401) 467-5111
Email: lodhs5113@cox.net

Dated: November 29, 2007

SO ORDERED:

______________________________
Hon. Ernest C. Torres, U.S.D.J.
Dated: __________________, 2007