***UNITED STATES DISTRICT COURT***
***DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| TEKNOR APEX COMPANY | : | |
| | : | |
| -V- | : | |
| | : | |
| PASSPORT CARPETS INC. | : | Civil Action No. 2007-194-T |
| | : | |
| -V- | : | |
| | : | |
| PETER LARKIN, et al. | : | |

***MOTION TO EXCUSE THIRD-PARTY DEFENDANT PETER LARKIN FROM ATTENDANCE AT SETTLEMENT CONFERENCE***

Pursuant to the order of the Court (Lovegreen, U.S.M.J.) dated November 29, 2007 establishing a settlement conference on January 30, 2008, third-party defendant Peter Larkin ("Larkin") hereby seeks permission to be excused from attending.

In support of this motion, Larkin states that at the Pretrial Conference conducted by the Court (Torres, U.S.D.J.) on November 29, 2007, the defendant, Passport Carpets, Inc. ("Passport") represented that its counterclaims and third-party claims did not carry with them damages in excess of that sought by plaintiff Teknor Apex Company ("Teknor") from Passport, and that such claims were, in large part, claims that, if successful, would simply reduce the amounts owed by Passport to Teknor.

Given that Teknor and Passport will be represented by counsel and principals at the settlement conference, and that the claims against Larkin, by their very nature, are asserted merely to reduce the outstanding balance between those two parties, Larkin respectfully moves this Court for an order excusing him from participating in the settlement conference between Teknor and Passport that, if successful, will resolve this case.

In further support of this motion, Larkin states that his counsel will be present at the settlement conference.

PETER LARKIN,
By his attorneys,

/s/ Douglas J. Emanuel

Douglas J. Emanuel, Esq. (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

Dated: December 5, 2007

***CERTIFICATE OF SERVICE***

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 5, 2007.

/s/ Douglas J. Emanuel