UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEKNOR APEX COMPANY | : | |
| | : | |
| V. | : | |
| | : | |
| PASSPORT CARPETS, INC. | : | Civil Action No. 2007-194-T |
| | : | |
| V. | : | |
| | : | |
| PETER LARKIN, ET AL | : | |

**NOTICE OF NON-OBJECTION**
**MOTION TO EXCUSE THIRD-PARTY DEFENDANT**
**PETER LARKIN FROM ATTENDANCE**
**AT SETTLEMENT CONFERENCE**

Now comes the Defendant, Passport Carpets, Inc., in the above-entitled matter and does not oppose Plaintiff's Motion to Excuse Third-Party Defendant, Peter Larkin, from Attendance at Settlement Conference.

PASSPORT CARPETS, INC.
By its Attorney,

/s/ Douglas H. Smith

Douglas H. Smith, Esq. #2219
140 Reservoir Avenue
Providence, RI 02907
Phone: (401) 467-3590
Fax: (401) 467-5111
Email: lodhs5113@cox.net

Dated: December 6, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 7, 2007.

/s/ Douglas H. Smith

DW/PASSPORT