UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEKNOR APEX COMPANY | : | |
| V. | : | |
| PASSPORT CARPETS, INC. | : | Civil Action No. 2007-194-T |
| V. | : | |
| PETER LARKIN, ET AL | : | |

**SUGGESTION OF BANKRUPTCY**

Now comes the Defendant, Passport Carpets, Inc., in the above-entitled action and states that on January 4, 2008, said Defendant filed for relief under Chapter XI of the United States Bankruptcy Court for the Northern District of Georgia, in that case entitled Passport Carpets, Inc., B.K. No. 08-40023-pwb.

PASSPORT CARPETS, INC.,
A Georgia Corporation
By its Attorney,

/s/ Douglas H. Smith

DOUGLAS H. SMITH, ESQ. #2219
140 Reservoir Avenue
Providence, RI 02907
Phone: (401) 467-3590
Fax: (401) 467-5111
Email: lodhs5113@cox.net

**CERTIFICATION**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of

Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on January 8, 2008.

/s/ Douglas H. Smith

WP/3-69